# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

UNITED STATES

VS,

ALBERT INNARELLI, ET AL

APPEARANCE

Case Number: 04-30046 MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   THE DEFENDANT, MICHAEL BERGDOLL

I certify that I am admitted to practice in this court.

Date: 9/23/04

Signature

Print Name: STEVEN N. LEARY   Bar Number: 290520

Address: 95 STATE ST, SUITE 309

City: SPFLD   State: MA   Zip Code: 01103

Phone Number: 413-737-1489   Fax Number: 413-733-0238