UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                                   Crim. No. 04-30046-MAP

ALBERT INNARELLI, ET AL,
    DEFENDANTS

MOTION OF DEFENDANT MICHAEL BERGDOLL
TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant Michael Bergdoll and moves that the conditions of his pre-trial release restricting his travel to the Commonwealth of Massachusetts be modified. The defendant seeks permission to attend a used construction equipment and tool auction to be held in North Franklin, CT on November 4th and 5th, 2004. The defendant has attended this auction in the past and purchases used equipment and/or tools to be used in connection with his business. Counsel for the defendant has conferred with counsel for the government and the government does not oppose the allowance of this motion.

Wherefore the defendant respectfully that the within motion be allowed.

                                        The Defendant
                                        Michael Bergdoll
                                        By his attorney


                                        Steven W. Leary, Esq.
                                        95 State Street
                                        Springfield, MA 01103
                                        Tel. 413-737-1489
                                        Fax. 413-733-0238
                                        BBO# 290 520

## CERTIFICATE OF SERVICE

    I, Steven W. Leary, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to all attorneys of record.

November 4, 2004

_____
Steven W. Leary