UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                        Crim. No. 04-30046-MAP

ALBERT INNARELLI, ET AL,
    DEFENDANTS

## MOTION OF DEFENDANT MICHAEL BERGDOLL
## TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant Michael Bergdoll and moves that the conditions of his pre-trial release restricting his travel to the Commonwealth of Massachusetts be modified so as to allow the request contained herein. The defendant seeks permission to travel to Trumbull, Connecticut on Saturday, January 8, 2005 between the hours of 7:00am and 7:00pm to assist a friend in moving some exercise equipment from Connecticut to Massachusetts. Counsel for the defendant has conferred with counsel for the government and the government does not oppose the allowance of this motion.

Wherefore the defendant respectfully that the within motion be allowed.

                The Defendant
                Michael Bergdoll
                By his attorney

                Steven W. Leary, Esq.
                95 State Street
                Springfield, MA 01103
                Tel. 413-737-1489
                Fax. 413-733-0238
                BBO# 290 520

## CERTIFICATE OF SERVICE

    I, Steven W. Leary, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to all attorneys of record.

January 6, 2005

Steven W. Leary