UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                                                Crim. No. 04-30046-MAP

ALBERT INNARELLI, ET AL,
    DEFENDANTS

## MOTION OF DEFENDANT MICHAEL BERGDOLL
## TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant Michael Bergdoll and moves that the conditions of his pre-trial release restricting his travel to the Commonwealth of Massachusetts be modified so as to allow the request contained herein. The defendant seeks permission to travel to Trumbull, Connecticut on Saturday, January 15, 2005 between the hours of 7:00am and 7:00pm to assist a friend in moving some exercise equipment from Connecticut to Massachusetts. The defendant had sought permission to do this task last weekend, but because of the inclement weather was unable to go. He now seeks permission to do the same thing this weekend. Counsel for the defendant has conferred with counsel for the government and the government does not oppose the allowance of this motion.

Wherefore the defendant respectfully that the within motion be allowed.

                                                The Defendant
                                                Michael Bergdoll
                                                By his attorney

                                                /s/ Steven W. Leary
                                                Steven W. Leary, Esq.
                                                95 State Street
                                                Springfield, MA 01103
                                                Tel. 413-737-1489
                                                Fax. 413-733-0238
                                                BBO# 290 520

CERTIFICATE OF SERVICE

    I, Steven W. Leary, Esquire, counsel of record, hereby certify that I made service of the foregoing document by mailing a copy of same, postage prepaid, to all attorneys of record.

January 14, 2005

                                                Steven W. Leary