UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30046-MAP |
| ) | |
| ALBERT INNARELLI, et al., ) | |
| Defendants ) | |

INTERIM SCHEDULING ORDER
February 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. By February 28, 2005, the Government shall provide copies of all tapes and CDs to Defendants for them to transcribe forthwith if they wish.

2. Also, by February 28, 2005, those Defendants who have not yet done so shall notify the Government which documents they wish to have copied. Copies then shall be provided by the Government by April 1, 2005.

3. An interim status conference shall be held on April 14, 2005, at 2:00 p.m. in Courtroom III.

4. On or before the close of business, April 12, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/   Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

2