```
SALES PERSON: CS                    ITINERARY                    DATE: 03 MAR
                                    DUPLICATE   REDRXE           PAGE: 01

        TO: LIBERTY TRAVEL
            1376 BOSTON RD
            SPRINGFIELD MA 01119


FOR  BERGDOLL/MICHAEL H MR
     BERGDOLL/JUDY MRS
     BERGDOLL/MICHAEL J MR
     BERGDOLL/JOSEPH MR

15 APR 05  -  FRIDAY
   AIR   US AIRWAYS                FLT:877       COACH CLASS
         LV HARTFORD SPRNGFLD                    800A            EQP: BOEING 757
                                                                 01HR 55MIN
         AR CHARLOTTE                             955A            NON-STOP
                                                                 REF: DOBLYW

         BERGDOLL/MICHAE      SEAT-27E
         BERGDOLL/JUDY M      SEAT-27F
         BERGDOLL/MICHAE      SEAT-28E
         BERGDOLL/JOSEPH      SEAT-28F
   AIR   US AIRWAYS                FLT:909       COACH CLASS
         LV CHARLOTTE                            1130A           EQP: BOEING 757
                                                                 02HR 50MIN
         AR MONTEGO BAY                           120P            NON-STOP
                                                                 REF: DOBLYW

         BERGDOLL/MICHAE      SEAT-13A
         BERGDOLL/JUDY M      SEAT-13B
         BERGDOLL/MICHAE      SEAT-14A
         BERGDOLL/JOSEPH      SEAT-14B

21 APR 05  -  THURSDAY
   AIR   US AIRWAYS                FLT:834       COACH CLASS
         LV MONTEGO BAY                           250P           EQP: BOEING 757
                                                                 02HR 55MIN
         AR CHARLOTTE                             625P            NON-STOP
                                                                 REF: DOBLYW

         BERGDOLL/MICHAE      SEAT-34A
         BERGDOLL/JUDY M      SEAT-34B
         BERGDOLL/MICHAE      SEAT-34C
         BERGDOLL/JOSEPH      SEAT-34D
   AIR   US AIRWAYS                FLT:826       COACH CLASS
         LV CHARLOTTE                             730P           EQP: BOEING 757
                                                                 01HR 55MIN
         AR HARTFORD SPRNGFLD                     920P            NON-STOP
                                                                 REF: DOBLYW

         BERGDOLL/MICHAE      SEAT-20A
         BERGDOLL/JUDY M      SEAT-20B
         BERGDOLL/MICHAE      SEAT-21A
         BERGDOLL/JOSEPH      SEAT-21B
```

CONTINUED ON PAGE 2