UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 04-30046-MAP |
| | ) | |
| | ) | |
| ALBERT INNARELLI, et al., | ) | |
| Defendants | ) | |

INTERIM SCHEDULING ORDER
June 30, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.    An interim status conference will be held on October 5, 2005, at 2:30 p.m. in

Courtroom III.

2.    On or before the close of business, October 3, 2005, a joint memorandum

addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be

filed with the court.

IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge