UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| ALBERT INNARELLI, ET AL., ) | |
| ) | |
| Defendants. ) | |

**PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1. The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3. This case has been designated a complex case. In addition, defense counsel for the newly charged defendants and defense counsel for those original defendants with new charges have been working out logistics regarding the discovery of additional loan files.

2. To date, the newly charged defendants -- defendants Corona, Lynch and Zepka -- have not requested discovery under Rule 16(a)(1)(E).

3.   At this time, the defendants have not completed their review of all of the automatic discovery.  Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4.   The parties agree that a motion date should not be set under FRCP 12(c) at this time.  Until discovery has been copied and reviewed, the parties are not in a position to set any motion dates.  The parties anticipate filing motions.  The parties agree that the court should set dates for discovery letters and/or discovery motions.

5.   Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the last date of the arraignments upon the Superseding Indictment, which occurred on October 5, 2005, to the present.  Given this case's designation as a complex case, no time has run on the Speedy Trial Clock.

6.   The parties believe at this point that a trial should be anticipated.  At this time, the Government would estimate a trial of two months.

7.   A second Interim Status Conference should be set for mid-January, 2006.

Filed this __7__th day of November, 2005.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> _/s/ William M. Welch II_
> WILLIAM M. WELCH II
> Assistant United States Attorney

For defendant Albert Innarelli

_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

3

For defendant Theodore Jarrett

_____
MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

For defendant James Smith

_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Lawrence Lynch

_____
KEVIN MURPHY, ESQ.
Counsel for defendant Lynch

For defendant Edgar Corona

/s/ Page Kelly
_____
PAGE KELLY, ESQ.
Counsel for defendant Corona

For defendant Kathryn Zepka

_____
GARY ENSOR, ESQ.
Counsel for defendant Zepka

For defendant Jonathan Frederick

_____
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_____
DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

## CERTIFICATE OF SERVICE

Hampden, ss.                                    Springfield, Massachusetts
                                                November 7, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

Moira L. Buckley, Esq.  
Shipman & Goodwin  
One Constitutional Plaza  
Hartford, CT  06103-1919

Steven W. Leary, Esq.  
95 State Street  
Springfield, MA  01103

Vincent A. Bongiorni, Esq.  
95 State Street  
Springfield, MA  01103

Michael O. Jennings, Esq.  
73 Chestnut Street  
Springfield, MA  01105

Maria Durant, Esq.  
Dwyer & Collora  
600 Atlantic Avenue  
Boston, MA  02210

Robert Santaniello, Jr., Esq.  
Santaniello & Santaniello  
83 State Street  
Springfield, MA  01103

Jack St. Clair, Esq.  
73 Chestnut Street  
Springfield, MA  01103

Kevin G. Murphy, Esq.  
115 State Street  
Springfield, MA  01103

Page Kelly, Esq.  
Federal Public Defender  
408 Atlantic Avenue  
3rd Floor  
Boston, MA  02210

Gary A. Ensor, Esq.  
34 Bridge Street  
South Hadley, MA  01075

Mark J. Albano, Esq.  
Dalsey, Ferrara & Albano  
73 State Street  
Springfield, MA 01103

Daniel D. Kelly, Esq.  
Robinson, Donovan, Madden & Barry  
1500 Main Street  
P.O. Box 15609  
Springfield, MA  01103

_____  
WILLIAM M. WELCH II  
Assistant United States Attorney