UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30046-MAP |
| vs. | ) |
| ALBERT INNARELLI, ET AL., | ) |
| Defendants. | ) |

**PARTIES' JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1. The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3. This case has been designated a complex case. In addition, defense counsel for those original defendants with new charges have been requesting discovery of additional loan files, which have been delivered to the designated copy center for copying.

2. Some of the defendants have requested discovery under Rule 16(a)(1)(E).

3. Other than the loan files and related documents for the new counts in the Superseding Indictment, the parties do not

1

expect to provide any additional discovery in the future.

4. The parties agree that a motion date should be set under FRCP 12(c) at this time.

5. Attorneys Bongiorni and Kelly formerly represented individuals that most likely will be called as witnesses by the Government in this case. Therefore, there may be conflicts of interest that the court may need to address.

6  Excludable delay should be ordered under 18 U.S.C. § 3161(h)(8)(A) and Local Rule 112.2(A)(1), (2), and (3) from the last date of the arraignments upon the Superseding Indictment, which occurred on October 5, 2005, to the present. Given this case's designation as a complex case, no time has run on the Speedy Trial Clock.

7. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of two months.

8. A final Status Conference has been set for January 18, 2006.

Filed this __7_th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendant Albert Innarelli

_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Theodore Jarrett

_____
~~MARIA DURANT~~T, ESQ.
Counsel for defendant Jarrett
JUSTIN O'BRIEN
For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

3

For defendant James Smith

_____
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Jonathan Frederick

_____
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_____
DANIEL KELLY, ESQ.
Counsel for defendant Sullivan

4

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      December 7, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by faxing said motion to:

Moira L. Buckley, Esq.                Steven W. Leary, Esq.
Shipman & Goodwin                     95 State Street
One Constitutional Plaza              Springfield, MA  01103
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.            Michael O. Jennings, Esq.
95 State Street                       73 Chestnut Street
Springfield, MA  01103                Springfield, MA  01105

Maria Durant, Esq.                    Robert Santaniello, Jr., Esq.
Dwyer & Collora                       Santaniello & Santaniello
600 Atlantic Avenue                   83 State Street
Boston, MA  02210                     Springfield, MA  01103

Jack St. Clair, Esq.
73 Chestnut Street
Springfield, MA  01103

Mark J. Albano, Esq.                  Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano              Robinson, Donovan, Madden &
73 State Street                         Barry
Springfield, MA 01103                 1500 Main Street
                                      P.O. Box 15609
                                      Springfield, MA  01103

                                      _____
                                      WILLIAM M. WELCH II
                                      Assistant United States Attorney