UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.    )<br>)<br>)<br>ALBERT INNARELLI, et al.,    )<br>Defendants    ) | Criminal No. 04-30046-MAP |

### INTERIM SCHEDULING ORDER
December 8, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the status conference this day:

1. A final status conference will be held on January 18, 2006, at 2:00 p.m. in Courtroom III. Counsel for Defendants Lawrence Lynch, Edgar Corona and Kathryn Zepka are hereby notified that this conference will be treated as a final conference, not as an interim conference (as previously indicated), for their clients as well.

2. On or before the close of business, January 13, 2006, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge