UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA     )
 )
 )
 )
v.     )    Criminal No. 04-30046-MAP
 )
 )
ALBERT INNARELLI, et al.,     )
Defendants  )

FINAL STATUS REPORT
January 18, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day with respect to this thirteen defendant case. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1.    One defendant, Wilfred Changasie, has already pled guilty. It is likely that another defendant, James Smith, will be changing his plea.

2.    But for several motions filed by Defendant Theodore Jarrett, which this court will soon address, all discovery has been completed with regard to the remaining defendants.

3.    An initial pretrial conference has been scheduled for March 13, 2006, at 3:00 p.m. in Courtroom I. Defendants will inform the court at that time whether they intend to file any dispositive motions. The parties estimate that a trial, if necessary, will take approximately two and one-half months.

4.    Defendants do not intend to raise defenses of insanity or public authority.

5.   The parties -- and the court -- agree that, as of March 13, 2006, no time

will have run on the Speedy Trial clock.  An Order of Excludable Delay

shall issue.

6.   There are no other matters relevant to the progress or resolution of the

case.

DATED: January 18, 2006

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge