UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                                                  Crim. No. 04-30046-MAP

ALBERT INNARELLI, ET AL,
    DEFENDANTS

**MOTION OF DEFENDANT MICHAEL BERGDOLL
TO MODIFY CONDITIONS OF RELEASE**

Now comes the defendant Michael Bergdoll and moves that the conditions of his presentencing release restricting his travel to the Commonwealth of Massachusetts and the State of Connecticut be modified.

The defendant seeks permission to travel to New York City with his wife Judith Bergdoll for a vacation from Friday June 9, 2006 until Sunday evening June 11, 2006. Mr. Bergdoll and his wife will be staying at the Le Parker Meridien Hotel, 118 West 57th Street, New York, New York 10019. The telephone number for the hotel is 212-245-5000.

Counsel for the defendant has conferred with counsel for the government and the government does not oppose the allowance of this motion.

Wherefore the defendant respectfully requests that the within motion be allowed.

                                                                          The Defendant
                                                                          Michael Bergdoll
                                                                          By his attorney

                                                                          <u>/s/ Steven W. Leary</u>
                                                                          Steven W. Leary, Esq.
                                                                          95 State Street
                                                                          Springfield, MA 01103
                                                                          Tel. 413-737-1489
                                                                          Fax. 413-733-0238
                                                                          BBO# 290 520

CERTIFICATE OF SERVICE

    I, Steven W. Leary, Esquire, counsel of record, hereby certify that I made service of the foregoing document by electronic filing, to all attorneys of record.


June 6, 2006                          /s/ Steven W. Leary, Esq
                                                  Steven W. Leary, Esq.

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.