UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CRIM. NO. 04-30046-MAP |
| ) | |
| vs. ) | |
| ) | |
| **ALBERT INNARELLI,** ) | |
| ) | |
| <u>        Defendant.   </u> ) | |

## MOTION TO CONTINUE FILING DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this request to continue the filing date of its response to defendants' joint motion regarding loss from August 11, 2006 to August 14, 2006.

As grounds, the Government states that the undersigned will be out of the office on August 10, 2006 and August 11, 2006.

Filed this ____th day of August, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


             /s/ William M. Welch II
          WILLIAM M. WELCH II
          Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                          Springfield, Massachusetts
                                      August 9, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic service to all defendants.


                                  /s/ William M. Welch II
                               WILLIAM M. WELCH II
                               Assistant United States Attorney