UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )     NO. 04-30046-MAP<br>)<br>MICHAEL BERGDOLL                    ) | |

## MOTION TO SEAL

Now comes Attorney Steven Leary, by counsel Mark G. Mastroianni, and respectfully requests this Honorable Court seal the attached motion to allow a stay of all pending matters until the appearance of successor counsel.

As grounds for this request it is stated the motion contains personal and private information which is not a subject to disclosure or public viewing.

Respectfully submitted,

BY: _____
Mark G. Mastroianni
95 State Street - Suite 309
Springfield, MA 01103
(413) 732-0222
BBO #556084

### CERTIFICATE OF SERVICE

I, Mark G. Mastroianni, Esq., do hereby certify that I have served a copy of the foregoing via mail to Assistant United States Attorney, William Welch, United States District Court, 1550 Main Street, Springfield, MA 01103 this ___ day of August 2006.

_____
Mark G. Mastroianni