UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.                                                              Crim. No. 04-30046-MAP

ALBERT INNARELLI, ET AL,
    DEFENDANTS

## **DEFENDANT, MICHAEL BERGDOLL'S MOTION TO CONTINUE**

    Now comes the defendant, Michael Bergdoll, by and through counsel, and moves the Court for a order on continuing the date presently established for sentencing and to amend the present scheduling order in all respects.

    As his basis therefore counsel asserts the following:

    Counsel for defendant, Michael Bergdoll, has become medically disabled and will be shortly filing a Motion to Withdraw.

    A reasonable period of time is necessary for successor counsel to file an appearance and undertake a review of the file in order to prepare for sentencing.

    Wherefore, the defendant moves the scheduling order presently in existence be modified as to his case.

Dated: August 24, 2006                    The Defendant
                                                      Michael Bergdoll
                                                        By his attorney


                                                        /s/ Steven W. Leary, Esq.
                                                        95 State Street
                                                        Springfield, MA 01103
                                                        Tel. 413-737-1489
                                                         Fax. 413-733-0238
                                                         BBO#290520