AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST   DISTRICT OF   MASSACHUSETTS

UNITED STATES

v.                                              **APPEARANCE**

ALBERT INNARELLI ET AL

Case Number:   04-CR-30046-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

_September 13, 2006_
Date

Signature

Todd Newhouse
Print Name                                       Bar Number

1550 Main Street, Room 310
Address

Springfield        MA      01103
City               State   Zip Code

413-785-0109       413-785-0394
Phone Number                              Fax Number