# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.                               **APPEARANCE**

Albert Innarelli

Case Number:    04cr30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

9\21\06
Date

Signature

PAUL H. SMYTH           634600
Print Name                     Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield          MA    01103
City                  State        Zip Code

413-785-0235        413-785-0394
Phone Number              Fax Number