AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.

Michael Bergdoll

**APPEARANCE**

Case Number:    04cr30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

9/21/06
Date

Signature

PAUL H. SMYTH       634600
Print Name      Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield      MA    01103
City      State     Zip Code

413-785-0235      413-785-0394
Phone Number      Fax Number