UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                    ) | Criminal Action No. 04-30046-MAP |
| ) | |
| MICHAEL BERGDOLL,        ) | |
| Defendant.           ) | |

**NOTICE OF APPEARANCE**

    Thomas J. Butters hereby enters his appearance in the above-captioned matter on behalf of the defendant, Michael Bergdoll.

      /s/    Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
Butters Brazilian LLP
One Exeter Plaza
Boston, Massachusetts 02116
(617) 367-2600

Dated: September 25, 2006

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      /s/ Thomas J. Butters
Thomas J. Butters