UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-30046-MAP |
| | ) | |
| MICHAEL BERGDOLL, | ) | |
| Defendant. | ) | |
| | ) | |

**MICHAEL BERGDOLL'S ASSENTED TO MOTION TO**
**CONTINUE SENTENCING**

The defendant, Michael Bergdoll ("Bergdoll"), moves the Court to continue his

sentencing for two weeks.  Sentencing is currently scheduled for Wednesday, January 10,

2007.  As grounds therefor, counsel for Bergdoll needs additional time to prepare

objections to the Presentence Report.  Among other things, counsel is in the process of

compiling information relating to the loss calculation and other relevant sentencing

factors.

ASSENTED TO:
UNITED STATES OF AMERICA             MICHAEL BERGDOLL
                                     By his attorney,


/s/ Paul A. Smyth                    /s/ Thomas J. Butters
Paul A. Smyth                        Thomas J. Butters
Assistant United States Attorney     B.B.O. #
United States Attorney's Office      Butters Brazilian LLP
Federal Building and Courthouse      One Exeter Plaza
Suite 310                            Boston, Massachusetts 02116
1550 Main Street                     617.367.2600
Springfield, Massachusetts 01103     617.367.1363


Dated: December 27, 2006

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


　　　　　　　　 /s/ Thomas J. Butters　　　
　　　　　　　　　　 Thomas J. Butters