UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Action No. 04-30046-MAP |
| MICHAEL BERGDOLL,<br>    Defendant. | ) ) ) ) | |

## MICHAEL BERGDOLL'S NOTICE OF APPEAL

Pursuant to Rule 3 and Rule 4 of the Rules of Appellate Procedure, the Defendant Michael Bergdoll appeals from the sentence imposed by the United States District Court for the District of Massachusetts (Ponsor, J.) on January 17, 2007.

                                        Respectfully submitted,
                                        MICHAEL BERGDOLL
                                        By his attorney,

                                         /s/ Thomas J. Butters
                                        Thomas J. Butters
                                        B.B.O. #068260
                                        Butters Brazilian LLP
                                        One Exeter Plaza
                                        Boston, Massachusetts 02116
                                        (617) 367-2600

Dated: January 22, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                 /s/ Thomas J. Butters
                    Thomas J. Butters