UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 3:04-cr-30046-MAP

UNITED STATES OF AMERICA
Plaintiff
v.
MICHAEL BERGDOLL
Defendant

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 2,8,12,20,21,24,38,49,50,52,53,56,57,59,62,63, 64,66,68, 69,70,71,77,79,80,81,82,83,95,96,97,100,,103,104,119,120,123,126,132,136,138,139,146,147, 148,150,188,189,197,213,218,226,227,229,231,232,233,234,238,239,246,249,262,263,268,294,362,366, 368, and 369

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 1/22/07

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/25/07.

Sarah A Thornton, Clerk of Court

By: /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

N:\MyFiles\DOCS\ClerksCertificate-COA.frm- 3/06