UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Action No. 04-30046-MAP |
| ) | |
| MICHAEL BERGDOLL, ) | |
| Defendant.   ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Thomas J. Butters hereby moves for leave to withdraw his appearance in the above-captioned matter on behalf of the defendant, Michael Bergdoll. Mr. Bergdoll has terminated my services and informs me that he is seeking other counsel.

   /s/   Thomas J. Butters
Thomas J. Butters
B.B.O. #068260
Butters Brazilian LLP
One Exeter Plaza
Boston, Massachusetts 02116
617.367.2600

Dated: February 1, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

   /s/ Thomas J. Butters
Thomas J. Butters