# EXHIBIT A



**FEDERAL PRISON CONSULTANTS, LLC**
617 W. 9th Street
2nd floor
Wilmington, DE 19801
Toll Free: 800.431.6258

February 12, 2007

The Honorable Michael A. Ponsor
United States District Court
For the District of Massachusetts
1550 Main Street
Springfield, Massachusetts 01103

### Re: Michael Bergdoll: Docket Number: 04-30046

Dear Judge Ponsor:

    Mr. Bergdoll's family has retained Federal Prison Consultants to advocate on his behalf concerning designation and FBOP's programs. We have just become involved in his case and are aware that he has a self-surrender date of 2/28/07. Due to the limited time for his self-surrender we humbly request a 30 day extension which will give us the necessary time needed to work with the FBOP on designation and program related issues.

    We thank you for your time and consideration in this matter.

Sincerely,
**Shakeerah Marhefka**
Shakeerah Marhefka
Assistant Director