04- 30046
USDC/MA-SP
Ponsor, M.

# MANDATE
# United States Court of Appeals
## For the First Circuit

No. 07-1204

UNITED STATES

Appellee

v.

MICHAEL BERGDOLL

Defendant - Appellant

**JUDGMENT**

Entered: July 18, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 7/19/07

By the Court:
Richard Cushing Donovan, Clerk

By **ERIC H. DEININGER**
Appeals Attorney

[cc: Paul Hart Smyth, AUSA, Todd E. Newhouse, AUSA, Karen L. Goodwin, AUSA, William M. Welch, AUSA, Dina Michael Chaitowitz, AUSA, Mark T. Quinlivan, AUSA, Thomas J. Butters, Esq., David P. Hoose, Esq., Michael Bergdoll]